```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15370
  DANIEL LYNCH
  VERONICA T LYNCH                              CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-2987     SSN XXX-XX-0023

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/24/07 .

    2.  The case was dismissed without confirmation, 11/16/2007.

--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00            .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE   NOT FILED            .00            .00
NISSAN MOTOR ACCEPTANCE    SECURED VEHIC         .00            .00            .00
WELLS FARGO FINANCIAL IN   SECURED            200.00            .00            .00
ILLINOIS DEPT REVENUE      NOTICE ONLY     NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   NOTICE ONLY     NOT FILED            .00            .00
ASSOCIATES FOR FAMILY HE   UNSECURED       NOT FILED            .00            .00
HSBC                       UNSECURED       NOT FILED            .00            .00
GURNEE RADIOLOGY CENTER    UNSECURED       NOT FILED            .00            .00
LABCORP                    UNSECURED       NOT FILED            .00            .00
REGIS WEISS MD             UNSECURED       NOT FILED            .00            .00
WOMEN HEALTH ADVOCATE      UNSECURED       NOT FILED            .00            .00
         Summary of disbursements:
--------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED  200.00          .00          .00          .00        200.00
PRINCIPAL PAID         .00          .00          .00          .00           .00
INTEREST PAID          .00          .00          .00          .00           .00
TOTAL PAID             .00          .00          .00          .00           .00
The Debtor's attorney, HAROLD M SAALFELD             , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 02/11/08                    /S/
                                 GLENN STEARNS
```

CHAPTER 13 TRUSTEE

```
                          PAGE   2
     CASE NO. 07 B 15370 DANIEL LYNCH & VERONICA T LYNCH
```